S. LANE TUCKER
United States Attorney

MORGAN J. WALKER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Email: morgan.walker@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | No. 3:24-cr-00067-JMK-MMS |
|---|---|
| Plaintiff, | COUNT 1 |
| vs. | THEFT OF MAIL BY POSTAL EMPLOYEE |
| TAMCE TIVAO, | Vio. of 18 U.S.C. § 1709 |
| Defendant. | COUNT 2 |
| | DELAY OF MAIL BY POSTAL EMPLOYEE |
| | Vio. of 18 U.S.C. § 1703 |

**INDICTMENT**

The Grand Jury charges that:

COUNT 1

Beginning on or about June 1, 2023, and continuing until October 19, 2023, within the District of Alaska, the defendant, TAMCE TIVAO, while being a Postal Service officer and employee, embezzled any letter, postal card, package, bag, and mail, and any article and thing contained therein entrusted to him and which came into his possession intended

to be conveyed by mail, and carried and delivered by any carrier, messenger, agent, and other person employed in any department of the Postal Service, and forwarded through and delivered from any post office and station thereof established by authority of the Postmaster General and of the Postal Service; and stole, abstracted, and removed from any such letter, package, bag, and mail, any article and thing contained therein.

All of which is in violation of 18 U.S.C. § 1709.

## COUNT 2

Beginning on or about June 1, 2023, and continuing until October 19, 2023, within the District of Alaska, the defendant, TAMCE TIVAO, while being a Postal Service officer and employee, unlawfully secreted, destroyed, detained, delayed, and opened any letter, postal card, package, bag, and mail entrusted to him and which came into his possession, and which was intended to be conveyed by mail, and carried and delivered by any carrier and other employee of the Postal Service, and forwarded through and delivered from any post office and station thereof established by authority of the Postmaster General and the Postal Service.

All of which is in violation of 18 U.S.C. § 1703.

A TRUE BILL

s/ Grand Jury Foreperson
GRAND JURY FOREPERSON

s/ Morgan J. Walker
MORGAN J. WALKER
Assistant U.S. Attorney
United States of America

s/ S. Lane Tucker
S. LANE TUCKER
United States Attorney

DATE:  6/12/2024